JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AHMEDULLAH KARZAI,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>Defendants. | No. SA CV 18-01456 CJC (JDEx)<br><br>**<u>ORDER GRANTING</u>**<br>**<u>STIPULATION FOR VOLUNTARY</u>**<br>**<u>DISMISSAL OF ACTION</u>** |

GOOD CAUSE HAVING BEEN SHOWN, upon the terms of the Parties' Voluntary Dismissal Stipulation this action is dismissed without prejudice, each side to bear their own costs and attorneys' fees.

Dated this 30th day of October, 2018.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE